IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Metteyya Brahmana,<br><br>       Plaintiff,<br>  v.<br><br>Joseph L. Henard, et al.,<br><br>       Defendants. | NO. C 10-01790 JW<br><br>**ORDER VACATING CASE<br>MANAGEMENT CONFERENCE** |

This case is scheduled for a Case Management Conference on September 13, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties have duly submitted a Case Management Statement. (See Docket Item No. 32.)

Defendants have filed a Motion to Dismiss currently set for hearing on November 15, 2010. (See Docket Item No. 22.) In light of Defendants' pending dispositive Motion, the Court finds that a Case Management Conference would be premature at this time. Accordingly, the Court VACATES the September 13, 2010 Case Management Conference. The Court will set a new Case Management Conference date in its Order addressing Defendants' pending Motion to Dismiss.

Dated: September 9, 2010

                                                JAMES WARE<br>
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jason Michael Heath Jason.Heath@co.santa-cruz.ca.us
Metteyya Brahmana mbrahmana@gmail.com

**Dated: September 9, 2010**          **Richard W. Wieking, Clerk**

                                              **By:    /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

United States District Court
For the Northern District of California