United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Metteyya Brahmana,<br><br>             Plaintiff,<br>    v.<br><br>Joseph Lowell Henard, et al.,<br><br>             Defendants.<br>_____/ | NO. C 10-01790 JW<br><br>**ORDER CERTIFYING THAT PLAINTIFF'S APPEAL IS NOT TAKEN IN GOOD FAITH** |

Presently before the Court is the Ninth Circuit's Referral Notice. (See Docket Item No. 73.) In its Notice, the Ninth Circuit requests a determination as to whether Petitioner's *in forma pauperis* status should continue for the pendency of his appeal. (Id.)

Title 28 U.S.C. § 1915(a)(3) provides, in pertinent part:

> An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith.

On March 23, 2011, the Court granted in part and denied in part Defendants' Motion to Dismiss, denying dismissal as to Plaintiff's Sixth Cause of Action for violation of his Fourteenth Amendment rights pursuant to 42 U.S.C. § 1983 and leaving unchallenged Plaintiff's Fourth Cause of Action for violation of his First Amendment rights. (hereafter, "March 23 Order," Docket Item No. 64.)

On March 24, 2011, Plaintiff filed a Notice of Voluntary Dismissal as to all remaining causes of action in his case and requesting entry of final judgment on the basis that he wanted to immediately appeal the Court's dismissal of his more "substantial" claims. (See Docket Item No.

65.) On March 30, 2011, Plaintiff filed a Notice of Appeal to the Ninth Circuit. (See Docket Item No. 70.) On April 6, 2011, the Court entered Judgment. (See Docket Item No. 72.)

Upon review, the Court does not find that Plaintiff's appeal was undertaken in good faith. Specifically, Plaintiff voluntarily dismissed his remaining potentially viable claims and failed to fully litigate the underlying action prior to filing an appeal on claims the March 23 Order found to be meritless. Thus, Plaintiff's appeal is frivolous.

Accordingly, the Court certifies that Plaintiff's appeal is not taken in good faith.

Dated: April 8, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jason Michael Heath Jason.Heath@co.santa-cruz.ca.us
Metteyya Brahmana mbrahmana@gmail.com

**Dated:  April 8, 2011**                                        **Richard W. Wieking, Clerk**

**By:        /s/ JW Chambers
            Elizabeth Garcia
            Courtroom Deputy**